1
2
3
4
5
6
7
8            UNITED STATES DISTRICT COURT
9         FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11   MARTIN LEE FOSTER,                        Case No.  1:22-cv-1359-AWI-HBK (PC)

12              Plaintiff,                     ORDER ADOPTING FINDINGS AND
                                              RECOMMENDATION
13        v.
                                              (Doc. No.  3)
14   ROSEVILLE FBI DEPT, YUBA FBI
     DEPT, SAN JOSE FBI DEPT,
15
                Defendants.
16

17
          Plaintiff Martin Foster, a state prisoner proceeding pro se, initiated this matter filing a
18
     civil rights complaint under 42 U.S.C. § 1983 on October 24, 2022.  (Doc. No. 1).  The matter
19
     was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local
20
     Rule 302.
21
          On December 14, 2022, the Magistrate Judge filed a Findings and Recommendations,
22
     which was served on Plaintiff and contained notice that Objections to the Findings and
23
     Recommendations were to be filed within fourteen days.  (Doc. No. 3).  Plaintiff failed to file any
24
     objections and the time to do so has expired.
25
          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a
26
     de novo review of this case.  Having carefully reviewed the entire file, the Court finds the
27
     Findings and Recommendations to be supported by the record and by proper analysis.
28

ACCORDINGLY, it is ORDERED:

1.    The Findings and Recommendation, filed on December 14, 2022 (Doc. No. 3), is adopted in full;

2.    The Clerk of Court shall terminate any pending motions, close this case, and enter judgment against plaintiff.

IT IS SO ORDERED.

Dated:  January 11, 2023

SENIOR  DISTRICT  JUDGE

2